IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI M.D., and STEPHEN ELLIOT,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, INC., a California Corporation,<br><br>        Defendant. | **Old Case No. 1:09-cv-1273 LJO GSA**<br>**New Case No. 1:09-cv-1273 LJO SMS**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

    Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **1:09-cv-01273 LJO SMS.** All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

    IT IS SO ORDERED.

1

| | | |
|---|---|---|
| **Dated:** | **November 19, 2009** | **/s/ Gary S. Austin** |
| | | UNITED STATES MAGISTRATE JUDGE |