**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI, M.D., and STEPHEN ELLIOT, M.D.<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA,INC., a California Corporation,<br><br>Defendant. | **Case No.1:09-CV-01273 LJO SMS**<br><br>**ORDER ON STIPULATION REGARDING RESPONSE TO FIRST AMENDED COMPLAINT** |

The Court having reviewed the foregoing stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1. The time for Defendant Children's Hospital of Central California, Inc. to respond to the First Amended Complaint, including by motion, shall be December 22, 2009; and

2. If Defendant Children's Hospital of Central California, Inc. files a Rule 12 or other motion in response to the First Amended Complaint (or any part thereof) by December 22, 2009, the time for Defendant Children's Hospital of Central California, Inc. to answer the First Amended Complaint (including any part to which no Rule 12 motion or other motion is made by December 22, 2009) shall be **fourteen (14) days, calendar days** (not ten

PDF created with pdfFactory trial version www.pdffactory.com

1  (10) court days that was proposed, pursuant to the change of Federal Rules and Local Rules as
2  of December 1, 2009) after the ruling on the motion.  If the Court grants leave to amend, the
3  parties will then seek to agree on the deadline to respond to any further amended pleading.
4  **IT IS SO ORDERED.**
5
6  Dated:      **December 3, 2009**                        **/s/ Sandra M. Snyder**
                                                            **UNITED STATES MAGISTRATE JUDGE**

2

PROPOSED ORDER ON STIPULATION REGARDING RESPONSE TO FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com