|  |  |
|---|---|
| PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI, M.D., and STEPHEN ELLIOT, M.D.<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA,INC., a California Corporation,<br><br>Defendant. | Case No.1:09-CV-01273 LJO SMS<br><br>**ORDER ON STIPULATION CONCERNING EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT AND CONTINUANCE OF SCHEDULING CONFERENCE** |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

The Court having reviewed the foregoing stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1. The order entered on December 3, 2009 shall be modified to provide that the date of December 22, 2009 shall become February 12, 2010 and thus the date for defendant Children's Hospital Central California to respond to the First Amended Complaint shall be February 12, 2010.

2. The date for defendants Specialty Medical Group Central California, Inc. and Central California Neonatology Group, Inc. to respond to the First Amended Complaint shall be February 12, 2010.

///

1

PDF created with pdfFactory trial version www.pdffactory.com

3. The scheduling conference shall be continued from January 21, 2010 to **Monday, March 8, 2010 at 9:30am in Courtroom #7** (not February 25, 2010 at 10:00 a.m. in Courtroom 10).

**IT IS SO ORDERED.**

Dated:   **December 16, 2009**                    /s/ Sandra M. Snyder
                                                 **UNITED STATES MAGISTRATE JUDGE**

2

PROPOSED ORDER ON STIPULATION CONCERNING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND CONTINUANCE OF SCHEDULING CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com