**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI, M.D., and STEPHEN ELLIOT, M.D. | Case No.1:09-CV-01273 LJO SMS |
| Plaintiffs, | **ORDER ON STIPULATION CONERNING EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT AND CONTINUANCE OF SCHEDULING CONFERENCE** |
| v. | |
| CHILDREN'S HOSPITAL CENTRAL CALIFORNIA,INC., a California Corporation, | |
| Defendant. | |

The Court having reviewed the foregoing stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1.     The order entered on December 16, 2009, which modified the December 3, 2009 order, shall be modified to provide that the date of February 12, 2010 shall become March 12, 2010 and thus the date for defendant Children's Hospital Central California to respond to the First Amended Complaint, shall be March 12, 2010.

2.     The date for Defendants Special Medical Group Central California, Inc. and Central California Neonatology Group, Inc. to respond to the First Amended Complaint shall be March 12, 2010.

///

1

PDF created with pdfFactory trial version www.pdffactory.com

1           3.      The scheduling conference shall be continued from March 8, 2010 to

2  April 13, 2010 at 9:15 a.m. before Judge Snyder,  in light of the ongoing mediation discussions

3  between the parties.    NOTE: parties had requested continuance date of March 22, 2010, court

4  is not available that date.

6  IT IS SO ORDERED.

7  **Dated:  February 3, 2010**        **/s/ Sandra M. Snyder**

8                                    **UNITED STATES MAGISTRATE JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com