# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI, M.D., and STEPHEN ELLIOT, M.D.<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA,INC., a California Corporation,<br><br>Defendant. | **Case No.1:09-CV-01273 LJO SMS**<br><br>**ORDER ON STIPULATION CONCERNING EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

The Court having reviewed the foregoing stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1. The order entered on February 3, 2010, which modified the December 3, 2009 and December 16, 2009 orders, shall be modified to provide that the date of March 12, 2010 shall become March 26, 2010 and thus the date for defendant Children's Hospital Central California to respond to the First Amended Complaint, shall be March 26, 2010.

2. The hearing date for the Scheduling Conference shall remain the same.

IT IS SO ORDERED.

Dated:  March 8, 2010                                  /s/ Sandra M. Snyder
                                                                   UNITED STATES MAGISTRATE JUDGE

1

---

ORDER ON STIPULATION CONCERNING EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com