| | |
|---|---|
| 1 | Clark Stanton #60374 |
| 2 | Thomas R. Burke #141930 |
|   | Gwen Fanger #191161 |
| 3 | **DAVIS WRIGHT TREMAINE LLP** |
|   | 505 Montgomery Street, Suite 800 |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 276-6500 |
| 5 | Facsimile: (415) 276-6599 |
| 6 | Email: clarkstanton@dwt.com |
|   | thomasburke@dwt.com |
| 7 | gwenfanger@dwt.com |
| 8 | |
|   | William C. Hahesy, #105743 |
| 9 | **LAW OFFICES OF WILLIAM C. HAHESY** |
|   | 225 West Shaw Avenue, Suite 105 |
| 10 | Fresno, CA 93704 |
| 11 | Telephone (559) 579-1230 |
|   | Facsimile (559) 579-1231 |
| 12 | Email: bill@hahesylaw.com |
| 13 | Attorneys for Defendant, CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, INC. |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI, M.D., and STEPHEN ELLIOT, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA,INC., a California Corporation,<br><br>Defendant. | Case No.1:09-CV-01273 LJO SMS<br><br>**STIPULATION CONCERNING DOCUMENTS MARKED CONFIDENTIAL/ATTORNEY'S EYES ONLY AND ORDER THEREON** |

### STIPULATION

1. The parties have entered into a Stipulated Protective Order that was filed after signature by this Court on January 11, 2010.

///

PDF created with pdfFactory trial version www.pdffactory.com

2. In connection with discovery in this case, the Plaintiff has produced to Defendant Children's Hospital Central California certain documents marked "PMG0334-1339", all of which have been marked "attorney's eyes only."

3. Defendant Children's Hospital Central California disputes this designation.

4. In an attempt to resolve this dispute informally, the parties agreed that compilations and summaries relating to those documents prepared either by counsel or others retained by counsel (so long as not employed by Defendant Children's Hospital Central California or other defendants), could be shared with the Hospital's CEO, CFO Todd Suntrapak, in-house counsel, Mr. Richard Wolf, and insurance representatives, so long as those persons agreed that such information would not be shared with others unless the persons are those who are identified in Section 7 of the Stipulated Protective Order.

5. The parties desire to memorialize that agreement for purposes of the actual litigation to permit counsel for Defendant Children's Hospital Central California to share compilations and summaries from those documents but not the actual documents themselves, with the personnel identified in paragraph 4 above, the Hospital's in-house counsel, Mr. Richard Wolf, and insurance representatives, so long as those persons agree that information will not otherwise be disclosed to anyone other than the persons referenced in Section 7 of the Stipulated Protective Order.

6. The parties have agreed that the time period to challenge this designation shall be waived as it relates to these documents and that the provisions of paragraph 5 of the Stipulated Protective Order shall not apply to this designation. Defendant Children's Hospital Central California shall have the opportunity at any time in the future during the course of this case to challenge this designation if it so desires, including seeking the ability to share certain documents with the client or other persons.

DATED:  ___3/18/10____          By:  __/s/ WILLIAM C. HAHESY_____
                                    William C. Hahesy,
                                    Attorneys for Defendant,
                                    CHILDREN'S HOSPITAL CENTRAL
                                    CALIFORNIA

| | | |
|---|---|---|
| 1 | DATED: ___3/19/10_____ | CHRISTENSEN & AUER |
| 2 | | |
| 3 | | By: __/s/ STEPHEN AUER_____ |
| 4 | |    Stephen Auer,<br>   Attorneys for Plaintiffs |
| 5 | | |
| 6 | DATED: ___3/19/10_____ | DAVIS WRIGHT TREMAINE, LLP |
| 7 | | |
| 8 | | By: __/s/ WILLIAM C. HAHESY for_____ |
| 9 | |    Douglas Ross<br>   Attorneys for Defendant, |
| 10 | |    CHILDREN'S HOSPITAL CENTRAL CALIFORNIA |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

PDF created with pdfFactory trial version www.pdffactory.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI, M.D., and STEPHEN ELLIOT, M.D.<br><br>            Plaintiffs,<br><br>   v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA,INC., a California Corporation,<br><br>            Defendant. | **Case No.1:09-CV-01273 LJO SMS**<br><br>**ORDER ON STIPULATION CONCERNING DOCUMENTS MARKED CONFIDENITAL/ATTORNEY'S EYES ONLY** |

The Court having reviewed the foregoing stipulation and good cause appearing therefor:

IT IS SO ORDERED.

Dated:   March 29, 2010                        /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com