# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI, M.D., and STEPHEN ELLIOT, M.D., | CASE NO. 1:09-cv-01273-LJO-SKO |
| Plaintiffs, | ORDER AMENDING STIPULATED PROTECTIVE ORDER |
| v. | |
| CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, INC., a California Corporation, et al., | |
| Defendants. | |

On December 31, 2009, Plaintiffs Perinatal Medical Group, Inc., Krishnakamur Rajani, M.D., and Stephen Elliott, M.D., and Defendant Children's Hospital Central California, a California Corporation, stipulated to and sought a protective order from the Court. The protective order sought by the parties was issued by the Court on January 11, 2010. A First Amended Complaint was filed on November 25, 2009, naming two additional defendants: Specialty Medical Group Central California, Inc. and Central California Neonatology Group, Inc.

On May 3, 2010, an amended stipulation for a protective order was filed with the Court, executed by the two additional defendants, Specialty Medical Group Central California, Inc. and Central California Neonatology Group, Inc.

The Court having reviewed the Amendment to the Stipulated Protective Order and good

cause appearing therefor:

    IT IS HEREBY ORDERED that Defendants Specialty Medical Group Central California, Inc. and Central California Neonatology Group, Inc. shall be bound by the terms of the Stipulated Protective Order signed by the parties and issued by the Court on January 11, 2010.  Further, Defendants Specialty Medical Group Central California, Inc. and Central California Neonatology Group, Inc. shall be included within the definition of "Parties."

IT IS SO ORDERED.

**Dated:**  **May 6, 2010**              **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE