**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI, M.D., and STEPHEN ELLIOT, M.D.,<br><br>                Plaintiffs,<br><br>      v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, INC., a California corporation; SPECIALTY MEDICAL GROUP CENTRAL CALIFORNIA, INC., a California professional medical corporation;  and CENTRAL CALIFORNIA NEONATOLOGY GROUP, INC., a California professional medical corporation,<br><br>                Defendant. | Civil Action No. 1:09-cv-1273-LJO-MJS<br><br>**ORDER ON FIRST AMENDED STIPULATED PROTECTIVE ORDER**<br><br>**[Local Rule 83-143]** |

## (PROPOSED) ORDER

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court finds that the above-stated **STIPULATED PROTECTIVE ORDER** is sanctioned by the Court, and shall be and now is the Order of the Court.

///

**THE COURT HEREBY ORDERS AS FOLLOWS**:

1. All Parties in this action shall abide by the terms of this **STIPULATED PROTECTIVE ORDER** as to the disclosure of any all documents and information designated "Confidential" of "Confidential – Attorneys/Experts Only" that are produced in connection with this case.

2. The Clerk of the Court is herby directed to file under seal pursuant to Local Rule 39-141 all documents marked "Confidential" or "Confidential – Attorneys/Experts Only" any/or any and all pleadings in which information from said documents (or parts thereof) is contained or disclosed without further order of this Court.  This Order shall suffice for all purposes with regard to the Clerk of this Court accepting the filing of said documents or pleadings under seal.  The Party seeking to file said documents or pleadings shall present a copy of this Order to the Clerk at the time of presentment of said documents or pleadings for filing under seal.  No further order of this Court is necessary.

IT IS SO ORDERED.

Dated:   November 23, 2010           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE