# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI, M.D., and STEPHEN ELLIOT, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, INC., a California corporation; SPECIALTY MEDICAL GROUP CENTRAL CALIFORNIA, INC., a California professional medical corporation; and CENTRAL CALIFORNIA NEONATOLOGY GROUP, INC., a California professional medical corporation,<br><br>Defendants. | Civil Action No. 1:09-cv-1273-LJO-MJS<br><br>**ORDER ON STIPULATION EXTENDING DISCOVERY DEADLINES**<br><br>**Disclosure of Expert Witnesses:**<br>   July 1, 2011<br><br>**Supplemental Expert Disclosure:**<br>   August 1, 2011<br><br>**Non-Expert Discovery Deadline:**<br>August 1, 2011<br><br>**Expert Discovery Deadline:**<br>   September 1, 2011 |

Before the Court is the parties' Stipulation Extending Discovery Deadlines. (ECF No. 69.) The parties represent that such extension is necessary due to delays in producing electronic discovery. Counsel represents that this extension will not affect the Court's dispositive motion deadline or trial date.

Accordingly, the Court ADOPTS the parties' Stipulation and ORDERS that the June 29, 2010 Scheduling Order be MODIFIED as follows:

• Disclosure of Expert Witnesses is extended from May 20, 2011 until July 1, 2011;

• Supplemental Expert Disclosure is extended from June 24, 2011 until August 1, 2011;

• Non-Expert Discovery Deadline is extended from June 3, 2011 until August 1, 2011; and

• Expert Discovery Deadline is extended from July 29, 2011 until September 1, 2011.

////

The remaining dates in the June 29, 2010 Scheduling Order remain.

IT IS SO ORDERED.

Dated:     February 11, 2011              /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE