Charles S. Wright #31940
**DAVIS WRIGHT TREMAINE LLP**
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 757-8175
Facsimile: (206) 757-7175
Email: charleswright@dwt.com

William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 West Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone (559) 579-1230
Facsimile (559) 579-1231
Email: bill@hahesylaw.com

Attorneys for Defendant, CHILDREN'S HOSPITAL CENTRAL CALIFORNIA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI, M.D., and STEPHEN ELLIOT, M.D.

Plaintiffs,

v.

CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, INC., a California Corporation, a California Corporation; SPECIALITY MEDICAL GROUP CENTRAL CALIFORNIA, INC., a California professional medical corporation; and CALIFORNIA NEONATOLOGY GROUP, INC., a California professional medical corporation

Defendants.

Case No.1:09-CV-01273 LJO MJS

**STIPULATION REGARDING AMENDMENT TO STIPULATED PROTECTIVE ORDER AND ORDER THEREON**

The parties have previously entered into a Protective Order in this case, a copy of which is attached hereto as Exhibit A. The Protective Order has been previously amended, a copy of which is attached hereto as Exhibit B.

///

Discovery is being propounded to third parties. The parties desire to further amend the Protective Order to address issues raised by third parties in connection with the subpoenas. To that end, the parties propose to amend the Protective Order to provide that "Parties" as defined in the Protective Order also include third parties who will or do produce documents in this action.

DATED: __3/31/2011__

By: __/s/ William C. Hahesy____________
William C. Hahesy,
Attorneys for Defendant,
CHILDRENS' HOSPITAL CENTRAL CALIFORNIA

DATED: ___3/24/2010__

DAVIS WRIGHT TREMAINE, LLP

By: __/s/ Charles S. Wright_____________
Charles S. Wright,
Attorneys for Defendant,
CHILDRENS' HOSPITAL CENTRAL CALIFORNIA

DATED: March 22, 2011_

CHRISTENSEN & AUER

By: __/s/ Stephen G. Auer_______________
Stephen Auer,
Attorneys for Plaintiffs

DATED: __3/30/11______

COLEMAN & HOROWITT, LLP

By: __/s/ Darryl J. Horowitt_______________
Darryl J. Horowitt,
Attorneys for Plaintiffs

DATED: ___3-28-11_____

DOERKSEN TAYLOR LLP

By: __/s/ Charles L. Doerksen____________
Charles L. Doerksen,
Attorneys for Defendant,
CENTRAL CALIFORNIA NEONATOLOGY, INC.

DATED: __3/29/11_____

ATKINSON, ANDELSON, LOYA, RUDD & ROMO

By: __/s/ Willliam M. Woolman_____________
William M. Woolman,
Attorneys for Defendant,
SPECIALTY MEDICAL GROUP CENTRAL CALIFORNIA, INC.

DATED: __3/28/2011___

FISHMAN, LARSEN, GOLDRING & ZEITLER

By: __/s/ Michael W. Goldring_____________
Michael W. Goldring,
Attorneys for Defendant,
CENTRAL CALIFORNIA NEONATOLOGY, INC

ORDER

The Court having reviewed the foregoing stipulation and good cause appearing therefor :

IT IS HEREBY ORDERED that:

The Protective Order be further amended to provide that "Parties" as defined in the Protective Order includes third parties who will or do produce documents in this action.

.

IT IS SO ORDERED.

Dated: __March 31, 2011__

/s/ Michael J. Seng
UNITED STATES MAGISTRATE JUDGE

K:\MJS\To_Be_Signed_Civ\09cv1273.stip.regard.prot.order.doc 3

STIPULATION REGARDING AMENDMENT TO STIPULATED PROTECTIVE ORDER AND [] ORDER THEREON