LAW OFFICES OF WILLIAM C. HAHESY
William C. Hahesy, Esq. – SBN 105743
225 West Shaw Avenue, Suite 105
Fresno, CA  93704
Tel: (559) 579-1230; Fax: (559) 579-1231

DAVIS WRIGHT TREMAINE LLP
Charles S. Wright, Esq. – SBN 31940
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Tel: (206) 622-3150; Fax: (206) 757-7700

Attorneys for Defendant, Children's Hospital Central California

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
William M. Woolman, Esq. - SBN 145124
5260 North Palm Avenue, Suite 300
Fresno, CA 93704
Tel: (559) 225-6700; (559) 225-3416

Attorneys for Defendant, Specialty Medical Group Central California

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI, M.D., and STEPHEN ELLIOT, M.D.,<br><br>                    Plaintiffs,<br><br>       v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, INC., a California corporation; SPECIALTY MEDICAL GROUP CENTRAL CALIFORNIA, INC., a California professional medical corporation;  and CENTRAL CALIFORNIA NEONATOLOGY GROUP, INC., a California professional medical corporation,<br><br>                    Defendants. | Civil Action No. 1:09-cv-1273-LJO-MJS<br><br>**SECOND STIPULATION EXTENDING DISCOVERY DEADLINES** |

1
SECOND STIPULATION EXTENDING DISCOVERY DEADLINES

## I. STIPULATION

Plaintiffs PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI, M.D. and STEPHEN ELLIOT, M.D. and Defendants CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, SPECIALTY MEDICAL GROUP CENTRAL CALIFORNIA, INC., and CENTRAL CALIFORNIA NEONATOLOGY GROUP, INC., hereinafter collectively referred to as "the parties," hereby stipulate to the following:

1. Discovery in this matter has been complex, involving numerous parties and third parties.

2. For several months the parties have been exchanging written discovery and working through their discovery disputes in good faith.  However, despite the best efforts by the parties and counsel the production by all parties of documents, especially electronically stored information, has taken more time than expected.

3. As a result of mutual delays in document production, the parties had to postpone the start of depositions several months beyond what was originally anticipated.  Moreover, despite the best efforts by the parties and counsel scheduling depositions has proven difficult given the professional schedules of various party and non-party witnesses, including numerous physicians.  At least 15 depositions have been taken already.  At least 24 depositions remain to be taken, not counting expert witnesses.

4. The parties believe a short extension of the pretrial discovery deadlines, and the related deadline for non-dispositive motions, would assist the just, speedy and inexpensive determination of this action. Besides permitting the parties to complete discovery in an orderly, efficient and complete manner, the short extension of approximately 30 days relative to most of the affected deadlines will enable the parties potentially to minimize or reduce additional expenses while the parties determine if they are able to or desire to proceed with potential settlement discussions.

5. Therefore, the parties jointly stipulate to the following extensions of the discovery deadlines set forth in the Court's scheduling order dated June 29, 2010 [Dkt. 60], as previously

amended by this Court's Order On Stipulation Extending Discovery Deadlines dated February 11, 2011 [Dkt. 71]:

| EVENT | DEADLINE |
|---|---|
| Disclosure of Expert Witnesses | August 1, 2011 |
| Disclosure of Supplemental and/or Rebuttal Expert Witnesses | August 29 2011 |
| Non-Expert Discovery Deadline | September 1, 2011 |
| Expert Discovery Deadline | September 27, 2011 |
| Non-Dispositive Motion Deadline | Filing: October 1, 2011<br>Hearing: On or before November 4, 2011 |

6.   The parties are not requesting any other changes to the Court's scheduling order. Specifically, these changes will not affect the dispositive motion deadline or the trial date set forth in the scheduling order.

**IT IS SO STIPULATED:**

Dated:  May 26, 2011           LAW OFFICES OF WILLIAM C. HAHESY

                               By:    s/ William C. Hahesy
                                      William C. Hahesy
                                      Attorneys for Defendant
                                      CHILDREN'S HOSPITAL CENTRAL
                                      CALIFORNIA

Dated:  May 26, 2011           DAVIS WRIGHT TREMAINE LLP

                               By:    s/ Charles S. Wright
                                      Charles S. Wright
                                      Attorneys for Defendant
                                      CHILDREN'S HOSPITAL CENTRAL
                                      CALIFORNIA

Dated:  May 26, 2011           ATKINSON, ANDELSON, LOYA, RUUD & ROMO

                               By:    s/ William M. Woolman
                                      William M. Woolman
                                      Attorneys for Defendant
                                      SPECIALTY MEDICAL GROUP
                                      CENTRAL CALIFORNIA, INC.

1  Dated: May 26, 2011             DOERKSEN TAYLOR LLP

2                                  By:     s/ Charles L. Doerksen
                                           Charles L. Doerksen
3                                          Attorneys for Defendant
                                           CENTRAL CALIFORNIA
4                                          NEONATOLOGY GROUP, INC.

5  Dated: May 26, 2011             FISHMAN, LARSEN, GOLDRING & ZIETLER

6                                  By:     s/ Michael W. Goldring
                                           Michael W. Goldring
7                                          Attorneys for Defendant
                                           CENTRAL CALIFORNIA
8                                          NEONATOLOGY GROUP, INC.

9
   Dated:  May 26, 2011            CHRISTENSEN & AUER
10

11                                 By:     s/ Stephen G. Auer
                                           Stephen G. Auer
12                                         Attorneys for Plaintiffs
                                           PERINATAL MEDICAL GROUP, INC.,
13                                         KRISHNAKAMUR RAJANI, M.D., AND
                                           STEPHEN ELLIOTT, M.D.
14

15 Dated: May 26, 2011             COLEMAN & HOROWITT, LLP

16                                 By:     s/ Darryl J. Horowitt
                                           Darryl J. Horowitt
17                                         Attorneys for Plaintiffs
                                           PERINATAL MEDICAL GROUP, INC.,
18                                         KRISHNAKAMUR RAJANI, M.D., AND
                                           STEPHEN ELLIOTT, M.D.
19

20

21

22

23

24

25

26

27

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI, M.D., and STEPHEN ELLIOT, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, INC., a California corporation; SPECIALTY MEDICAL GROUP CENTRAL CALIFORNIA, INC., a California professional medical corporation;  and CENTRAL CALIFORNIA NEONATOLOGY GROUP, INC., a California professional medical corporation,<br><br>Defendants. | Civil Action No. 1:09-cv-1273-LJO-MJS<br><br>**ORDER ON SECOND STIPULATION EXTENDING DISCOVERY DEADLINES** |

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court finds that the above-stated **SECOND STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES** is sanctioned by the Court, and, based upon that stipulation,

**THE COURT HEREBY ORDERS AS FOLLOWS**:

1.  The Court's scheduling order, and first amendment of that order, is hereby

///

///

///

///

///

1
[PROPOSED] ORDER ON SECOND STIPULATION EXTENDING DISCOVERY DEADLINES

amended by this second amendment to reflect the parties' stipulation as follows:

| EVENT | AMENDED DEADLINE |
|---|---|
| Disclosure of Expert Witnesses | August 1, 2011 |
| Disclosure of Supplemental and/or Rebuttal Expert Witnesses | August 29 2011 |
| Non-Expert Discovery Deadline | September 1, 2011 |
| Expert Discovery Deadline | September 27, 2011 |
| Non-Dispositive Motion Deadline | Filing: October 1, 2011<br>Hearing: On or before November 4, 2011 |

IT IS SO ORDERED.

Dated:   June 2, 2011          /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER ON SECOND STIPULATION EXTENDING DISCOVERY DEADLINES