# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI, M.D., and STEPHEN ELLIOT, M.D., <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, a California corporation,; SPECIALTY MEDICAL GROUP CENTRAL CALIFORNIA, INC., a California professional medical corporation; and CENTRAL CALIFORNIA NEONATOLOGY GROUP, INC., a California professional medical corporation. <br><br>　　　　　　Defendants. | No. 1:09-CV-01273-LJO-SMS <br><br>**ORDER ON THIRD STIPULATION EXTENDING DISCOVERY DEADLINES** |

　　　　GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court finds that the above-stated **THIRD STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES** is sanctioned by the Court, and, based upon that stipulation,

　　　　**THE COURT HEREBY ORDERS AS FOLLOWS:**

　　　　The Court's scheduling order, and first and second amendment of that order, is

///

///

///

hereby amended by this third amendment to reflect the parties' stipulation as follows:

| EVENT | DEADLINE |
|---|---|
| PMG will disclose its damages expert and produce his preliminary report regarding damages. | August 1, 2011 |
| Deadline for expert report and disclosure of expert witnesses by all parties. Parties to exchange via email and overnight. | September 1, 2011 |
| Deadline for supplemental and/or rebuttal expert disclosure. Parties to exchange via email and overnight. | September 26, 2011 |
| All parties to make their experts available for deposition by this date | October 5, 2011 |
| Deadline for filing dispositive motions | October 14, 2011 |
| Expert discovery deadline | October 31, 2011 |
| Non-expert discovery deadline | October 31, 2011 |
| Non-dispositive motions deadline | November 7, 2011 |
| Deadline for hearing dispositive motions | November 18, 2011 |
| Deadline for hearing non-dispositive motions | December 9, 2011 |

IT IS SO ORDERED.

Dated:   July 26, 2011                              /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE