1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI, M.D., and STEPHEN ELLIOT, M.D.<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, INC., a California Corporation; SPECIALITY MEDICAL GROUP CENTRAL CALIFORNIA, INC., a California professional medical corporation; and CALIFORNIA NEONATOLOGY GROUP, INC., a California professional medical corporation<br><br>Defendants. | Case No.1:09-CV-01273 LJO MJS<br><br>**ORDER ON STIPULATION TO EXTEND DEADLINES FOR PURPOSES OF PERMITTING PARTIES TO FINALIZE SETTLEMENT** |

The Court having reviewed the foregoing stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1. The Court's Scheduling Order and the First, Second and Third Amendments of that Order are hereby amended to reflect the parties' stipulation as follows:

   (a) The deadline for initial expert reports and disclosure of expert witnesses by all parties shall be extended from September 1, 2011 to September 8, 2011. The parties will exchange via email and overnight mail.

   (b) The deadline for supplemental and/or rebuttal expert witness disclosures

---

**ORDER ON STIPULATION TO EXTEND DEADLINES FOR PURPOSES OF PERMITTING PARTIES TO FINALIZE SETTLEMENT**

and reports shall be extended from September 26, 2011 to October 3, 2011. The parties will exchange via email and overnight mail.

   (c) All parties will make their experts available for deposition, if possible, by October 12, 2011.

   (d) All other dates in the order attached hereto as Exhibit A shall remain in full force and effect.

IT IS SO ORDERED.

Dated: August 26, 2011    /s/ *Michael J. Seng*
              UNITED STATES MAGISTRATE JUDGE

**ORDER ON STIPULATION TO EXTEND DEADLINES FOR PURPOSES OF PERMITTING PARTIES TO FINALIZE SETTLEMENT**