UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI, M.D., and STEPHEN ELLIOT, M.D.<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA,INC., a California Corporation; SPECIALITY MEDICAL GROUP CENTRAL CALIFORNIA, INC., a California professional medical corporation; and CALIFORNIA NEONATOLOGY GROUP, INC., a California professional medical corporation<br><br>Defendants. | Case No.1:09-CV-01273 LJO MJS<br><br>**ORDER ON FURTHER STIPULATION TO EXTEND DEADLINES FOR PURPOSES OF PERMITTING PARTIES TO FINALIZE SETTLEMENT** |

The Court having reviewed the foregoing stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1.  The Court's Scheduling Order and the First, Second, Third and Fourth Amendments of that Order are hereby amended to reflect the parties' stipulation as follows:

    (a)  The deadline for initial expert reports and disclosure of expert witnesses by all parties shall be extended from September 8, 2011 to September 12, 2011.  The parties will exchange via email and overnight mail.

___

**[PROPOSED] ORDER ON FURTHER STIPULATION TO EXTEND DEADLINES FOR PURPOSES OF PERMITTING PARTIES TO FINALIZE SETTLEMENT**

1       (b)    All other dates shall remain unchanged.

7  IT IS SO ORDERED.

Dated:  September 2, 2011        /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER ON FURTHER STIPULATION TO EXTEND DEADLINES FOR PURPOSES OF PERMITTING PARTIES TO FINALIZE SETTLEMENT**