UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERINATAL MEDICAL GROUP, INC. KRISHNAKUMAR RAJANI, M.D. and STEPHEN ELLIOT, M.D., <br><br>　　　　Plaintiffs, <br>　vs. <br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, SPECIALTY MEDICAL GROUP CENTRAL CALIFORNIA, INC., and CENTRAL CALIFORNIA NEONATOLOGY GROUP, INC., <br><br>　　　　Defendants. <br>　　　　　　　　　　　　　　　　/ | CASE NO. CV F 09-1273 LJO SMS <br><br>**ORDER AFTER SETTLEMENT** |

　　　The parties have filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than October 19, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety.

　　　This Court VACATES all pending dates and matters, including the March 5, 2012 jury trial.

　　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:　September 9, 2011**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE