UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| PERINATAL MEDICAL GROUP, INC., KRISHNAKUMAR RAJANI, M.D., AND STEPHEN ELLIOT, M.D.<br><br>Plaintiff(s),<br><br>v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, INC., a California Corporation,<br><br>Defendant(s). | NO.   1:09-CV-01273-LJO-MJS<br><br>**ORDER ON STIPULATION FOR DISIMISSAL OF ACTION WITH PREJUDICE** |

The parties having so stipulated, and good cause appearing therefore,

THE COURT HEREBY ORDERS AS FOLLOWS:

1. The above-captioned action shall be dismissed with prejudice.

2. Notwithstanding the dismissal of the action, the Court shall retain jurisdiction to resolve any disputes arising out of the Settlement Agreement reached by the parties in the Action.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: **September 26, 2011**         **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.

Dated: **September 26, 2011**         **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE